1  Brian S. Kabateck, SBN 152054
   (bsk@kbklawyers.com)
2  Joshua H. Haffner, SBN 188652
   (jhh@kbklawyers.com)
3  Levi M. Plesset, SBN 296039
   (lp@kbklawyers.com)
4  **KABATECK BROWN KELLNER LLP**
   644 S. Figueroa Street
5  Los Angeles, California 90017
   Phone: (213) 217-5000
6  Fax:   (213) 217-5010

7  Attorneys for Plaintiff Benjamin A. Brin
8  and the Proposed Class

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BRIN, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PALAZZO, a Nevada corporation; THE VENETIAN RESORT HOTEL CASINO, a Nevada corporation; LAS VEGAS SANDS CORPORATION, a Nevada corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 2:15-01772 DMG (FFMx)<br><br>Hon. Dolly M. Gee<br><br>**PLAINTIFF'S RESPONSE TO OSC RE DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiff Benjamin Brin respectfully submits this response to the Court's Order to Show Cause Re: Dismissal for Lack of Prosecution:

Plaintiff does not object to dismissing defendant The Palazzo. As reported by Defendant Las Vegas Sands Corporation:

> The Complaint in this action names "Venetian Hotel Resort Casino a Nevada Corporation" and "The Palazzo, a Nevada Corporation." These do not appear to be names of any proper entity affiliated with

**Plaintiff's Response To OSC Re: Dismissal For Lack Of Prosecution**

the Las Vegas Sands Corp. or the Venetian or Palazzo Hotels. Defendants respond on behalf of the Las Vegas Sands Corp. and Venetian Casino Resort, LLC, a subsidiary of the Las Vegas Sands Corp. under which both the Venetian and Palazzo hotels operate.

Accordingly, all intended defendants are properly named, have been served, and are currently engaged in the instant litigation. Thus, Plaintiff does not object to the dismissal of defendant The Palazzo.

DATED: July 27, 2015						**KABATECK BROWN KELLNER, LLP**

							By:	/s/ *Levi M. Plesset*
								Levi M. Plesset
								Attorneys for Plaintiff